H4.15-00617-CR

CAUSE 1132233-C

FILED IN
14th COURT OF APPEALS
HOUSTON. TEXAS

JUL 20 2015

CHRISTOPHER A. PRINE
CLERK

LAMONN E. BLUNT
  RELATOR,

             IN THE 85TH JUDICIAL DISTRICT

V.

             COURT IN HARRIS COUNTY TEXAS

CHRIS DANIELS
  HARRIS COUNTY DISTRICT CLERK,

    RESPONDENT

## APPLICATION FOR MANDANMUS

TO THE HONORABLE 85TH JUDICIAL DISTRICT COURT:

  NOW COMES, Lamonn E. Blunt, applicant, and asks this Court to issue a Writ of Mandamus to Chris Daniels, Resondent, to require the respondent to submit the said supplemental cause for review by this Court as required by statutory law, and in support of this application the Relator would show the Court the following:

I.
### FACTUAL BACKGROUND

  On or about March 10, 2011, and under the above-stated cause, the relator did file with the Respondent's office one (1) original writ of habeas corpus challenging his conviction. (see 1132233-A) Months later, the Relator requested this Court for Voluntary Dismissal of the writ cause and simultaneously requested that a Supplemental writ be filed. (see EXHIBIT A) This Court granted the motion on March 26, 2014 due to late submission to this Court by the respondent. (see Clerk's Docket) Despite this Court's order, the respondent has continually failed to file the relator' supplemental writ containing additional facts and claims as mentioned in his Voluntary Dismissal motion, affecting the accuracy of the District Attorney's Answer and this Court's Conclusions on the cause.

Though the relator's subsequent writ submissions under the same cause were DISMISSED for failure to "verify," his corrected submission is still being held in limbo without communications from the respondent's office. (Clerk's Docket) Despite numerous letters requesting status of the supplemental writ, and despite the relator's family hand-delivering an additional copy of the supplemental writ, the respondent has not communicated whether this Court has received its submission. (see Filing Date; 3/28/14)

## II.
## JURISDICTION

This Honorable Court has exclusive jurisdiction to consider this application pursuant to Art. 4 of the TEXAS CODE OF CRIMINAL PROCEDURES and Art. 5 of the Texas Constitution. (et.seq.)

## III.
## ARGUMENTS and AUTHORITIES

The District Court has the power to issue a writ of mandamus against a District Court Clerk when the Clerk refuses to adopt a pleading presented for filing, to enforce the District Court's jurisdiction. (IN RE SIMMONDS 271 S.W.3d 874)

According to Art. 11.07 (et.seq.), the District Clerk must accept and file writ applications having satisfied jurisdictional prerequisites. In the instant case, the respondent has long received the relator's supplemental writ containing additional claims and supportive facts but is continually failing to submit the writ for review despite this court's order and the statutory directive to do so. (see Order - Voluntary Dismissal / Art. 11.07 §§2-4 Tex.Code. Crim. Pro.)

Because this District Court has exclusive jurisdiction to hear and make recommendations relative to the writ cause, it is deprived of its legal enforcement authority granted by Legislature and the Honorable framers of the Texas Constitution. Additionally, due to the respondent's clear shirk from its official duties in this instance, his office has unnecessarily extended the established time by which a District court should rule on a pleading. (see TEX. RULES of JUDICIAL ADMIN. Rule 7(2) / GOV. CODE title 2, subtitle F.APP);(also ADMIN. CODE §2001.141(b)); (also Art. 11.07 et.seq.)

## V.
## CONCLUSION

The relator has no other legal remedy available to him other than this application for mandamus.

This action sought is, under the facts of this case, in essence, a mere ministerial act which respondent has a legal duty to perform.

Applicant has properly requested respondent to perform which repondent has refused. Without this District Court's intervention, it is feared that many more years could possibly expire before any review of the writ's merits is made and valuable witnesses and other evidence relative to the case lose its force.

WHEREFORE, PREMISES CONSIDERED, applicant prays that this Honorable Court grant this application and that the respondent be ordered to submit the supplemental writ and memorandum for consideration by this Court. It additionally prayed that this Court examine the Clerk's docket under this cause and assure the clerk's statutory compliance, including up-date communications with the relator as to the subsequent status of said cause.

RESPECTFULLY SUBMITTED,

Applicant   Pro Se
810 FM 2821
Huntsville, Tx. 77349

## CERTIFICATE OF SERVICE

I, LAMONN E. BLUNT, do certify that a true and correct copy of this Motion For Leave To File Mandamus and application For Mandamus has been forwarded by U.S. Mail, Postage prepaid, First Class, to the respondent (District Clerk of Harris County) on this 6TH day of July, 2015.

NAME / ADDRESS:  CHRIS DANIELS
District Clerk of Harris County
105 Civil Crts. Bld.
301 Fannin St.
Houston, Tx. 77002

CAUSE 1132233-C

LAMONN E. BLUNT
     RELATOR,

V.

CHRIS DANIELS
    HARRIS COUNTY DISTRICT CLERK,

    RESPONDENT

\*
\*
\*
\*
\*
\*
\*

IN THE 185th JUDICIAL DISTRICT

COURT IN HARRIS COUNTY TEXAS

ORDER

ON THIS THE ___ DAY OF ___ 2015, came to be heard relator's Motion For Leave and application For Mandamus, and after due consideration of the same, it is ORDERED that this application be  GRANTED / DENIED.

_____
Judge Presdiing

TO: LOUISE PEARSON
    CLERK OF THE TEXAS CRIMINAL COURT OF APPEALS          Date: 2/2/12
    SUPREME COURT BUILDING
    201 W. 14th St.
    P.O. Box 12308
    Capitol Station, Austin, Texas 78711-2308


RE: (WRIT CAUSE NO. 1132233-A)


    Dear Clerk:


    Please find enclosed one (1) original and one (1) copy of my Motion To
Voluntarily Dismiss Habeas Cause.   It is humbly requested that a copy of the
said motion be issued to the relevant parties as soon as practical.   In
addition, I am asking that your honorable office keep me up-dated on the status
of this motion and send me a copy of the Justice's decision in relation to
this motion.   If there's any questions, please contact me at my enclosed
address.


    I do appreciate your office's kindest efforts in this regard.



                                        Thank You Much,

NO. 1132233-A

EX PARTE LAMONN E. BLUNT,　　　　　*　　　IN THE CRIMINAL COURT OF APPEALS

　　　　Applicant　　　　　　　　*

　　　　(movant)　　　　　　　　　　　OF AUSTIN, TEXAS

　　　　　　　　　　　　　　　　*

V.　　　　　　　　　　　　　　*

　　　　　　　　　　　　　　　　*

THE STATE OF TEXAS,　　　　　　*

　　　　Respondent　　　　　　　*

　　　　　　　　　　　　　　　　*

## MOTION TO VOLUNTARILY DISMISS HABEAS WRIT CAUSE PURSUANT TO RULE 42.2(a) OF THE TEXAS RULES OF APPELLATE PROCEDURE (ANN.)

TO THE HONORABLE JUSTICE OF SAID COURT:

COMES NOW, Lamonn E. Blunt, Applicant (movant), in the above entitled and numbered cause, and move this honorable court to dismiss said writ of habeas corpus filed therein the convicting court, and in support of said such motion shows:

### I.
### JURISDICTION

This honorable court has jurisdiction pursuant to Art. 4.03 V.A.C.C.P. and the above-related Appellate Rule 42.29(a) (V.A.C.C.P.)

### II.
### REASONS

The herein movant filed his original state habeas action pursuant to Tex.Crim.Code Proc. Art.11.07 § 3 (Vernon Supp.2007) under the above cause. The movant acknowledges that he filed the said writ in haste and may have denied the trial court a fair opportunity to review unlisted relevant facts supportive of the claims raised.　　In addition, movant would like to submit additional claims and facts that would entitle him to relief.

The movant assures this court that the additional claims and facts will not be excessive or redundant, but merely wish to allow this court an opportunity to consider the cause in it's entirety and reach a fair opinion.


PRAYER/CONCLUSION


WHEREFORE, PREMISES CONSIDERED, the movant prays the court grant this Motion To Voluntarily Dismiss in all fairness.


RESPECTFULLY SUBMITTED,

_____
Movant, Pro Se

## CERTIFICATE OF SERVICE

I, LAMONN E. BLUNT, do certify that a true and correct copy of this Motion To Voluntarily Dismiss, has been forwarded by the United States Mail, Postage Prepaid, First Class, to the District Attorney, Harris County, Texas, on this 2ND day of Feb. , 2011.

Name / Address: *Lamonn E. Blunt*
810 FM 2821
Wynne Unit
Huntsville, TX. 77349

DISTRICT ATTORNEY
1201 Franklin, Suite 600
HOUSTON, TEXAS 77002-1923

CC: JUDGE, PRESIDING COURT

NO.1132233-A


EX PARTE LAMONN E. BLUNT,          *

            Movant              *

                                *

                                *          IN THE COURT OF CRIMINAL APPEALS

V.                              *

                                *          OF AUSTIN, TEXAS

                                *

THE STATE OF TEXAS,             *

            Respondent

ORDER


On this the____ day of_____2011, came to be heard movant's Motion To Voluntarily Dismiss, and after due consideration of the same it is ORDERED that this motion should be (GRANTED / DENIED).



_____

                              Justice Presiding



# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

July 8, 2014

LAMONN EUGENE BLUNT #1529316
WYNNE UNIT
810 FM 2821
HUNTSVILLE, TX 77349

RE:    CORRESPONDECE LETTER OF 6/18/2014
       **Cause Number: 1132233-C**

Dear Applicant:

We are in receipt of your correspondence, regarding the status of the above mentioned case. We received an amended application and memorandum May 13, 2014 for case number 1132233-A. This was placed in the "A" file per your request. If it was your intention to file an **Application for Writ of Habeas Corpus under Article. 11.07 for the "C" writ I have included an 11.07 application.**

**Please refer to the Instructions sheet of the Application for a Writ of Habeas Corpus Seeking Relief From Final Felony Conviction Under Code of Criminal Procedure, Article 11.07.**

Sincerely,

Paula Gibson, Deputy
Criminal Post Trial

**CLERK OF COURT**
P.O. Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov



Lamonn Eugene Blunt
1529316 Wynne Unit
810 FM 2821 West
Huntsville  TX US  77349

Case: 4:11-cv-01471    Instrument: 2    (3 pages)   pty
Date: Apr 18, 2011
Control: 11048696
Notice: The attached order has been entered.

If we are unable to sucessfully send this fax, we will print this notice and mail it to you. We will continue to attempt to fax all subsequent notices.  For questions, please call (713) 250-5768.

## NOTICE THAT YOUR COMPLAINT HAS BEEN FILED

It was filed on **April 8, 2011**

The style of the case is

**Lamonn Eugene Blunt v. Rick Thaler**

The case number is **4:11-cv-01471**

The District Judge assigned to your case is **Judge Keith P Ellison**

The nature of the claim is **Habeas Corpus NOS: 530**

Please write or type the civil action number on the front of all letters and documents. Please address all mail to:

**United States District Clerk's Office
P. O. Box 61010
Houston, Texas 77208-1010**

The case will be handled in the ordinary course of the Court's work. Writing the Court to ask about your case will only <u>SLOW</u> the process.

Date:  April 18, 2011

David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION


## NOTICE OF THE RIGHT TO TRY
## A CIVIL CASE BEFORE A MAGISTRATE JUDGE


With the consent of all the parties, a United States Magistrate Judge may preside in a civil case, including jury trial and final judgment.

The choice of trial before a magistrate judge is entirely yours. Tell only the clerk. Neither the judge or magistrate judge will be told until all the parties agree.

The district judge to whom your case is assigned must approve the referral to a magistrate judge.

You may get consent forms from the clerk.


David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT   SOUTHERN DISTRICT OF TEXAS

Lamonn Eugene Blunt
     Plaintiff/Petitioner       §
                                          §

*versus*                                 §   Case Number: 4:11–cv–01471
                                          §

Rick Thaler                                §
     Defendant/Respondent(s)

## Consent to Proceed Before a Magistrate Judge

    All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

_____      _____

_____      _____

## Order to Transfer

This case is transferred to United States Magistrate Judge

_____

to conduct all further proceedings, including final judgment.

_____          _____
Date                                          United States District Judge

WRIT CAUSE 1132233-C

LAMONN E. BLUNT
  RELATOR,

V.

CHRIS DANIELS
  HARRIS COUNTY DISTRICT CLERK,

  RESPONDENT

IN THE 185TH JUDICIAL DISTRICT

COURT IN HARRIS COUNTY TEXAS

## MOTION FOR LEAVE TO FILE APPLICATION FOR MANDAMUS

TO THE HONORABLE 185TH JUDICIAL DISTRICT COURT:

NOW COMES, Lamonn E. Blunt, applicnt, complaining of Chris Daniels, Respondent, and pursuant to the TEXAS RULES OF APPELLATE PROCEDURE moves this Court to grant this applicant leave to file this application for a writ of mandamus tendered contemporaneously with this motion.

Applicant prays that this motion be granted, the said application for mandamus be filed and set down for a hearing, that the relief requested be granted, and for other relief, general and special, including a stay of the proceedings below until the matters complained of in said application are cured.

RESPECTFULLY SUBMITTED,

Relator Pro Se